FILED

OCT 3 1 2018

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY　　　　　　　　DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDWIN MAURICIO MARTINEZ,<br><br>Defendant. | Case No. 18-cr-4129-BAS<br><br>**JUDGMENT AND ORDER GRANTING MOTION TO DISMISS AND MOTION TO EXONERATE BOND** |

The Government moves to dismiss this prosecution "in the interests of justice in light of Defendant's removal from the United States." (ECF No. 24.) The Court **GRANTS** the Government's request and **DISMISSES** this action.

Relatedly, both the Government and Defendant move to exonerate the cash security bond deposited with the Clerk of the Court. (ECF Nos. 24, 25.) The Court **GRANTS** the parties' request. The Court waives the 30-day waiting period contained in Local Rule 67.1. The Clerk shall immediately release the $7,500.00 cash security bond to the surety—Jorge Martinez, 14265 Terra Bella St # 36, Panorama City, CA 91402.

**IT IS SO ORDERED.**

DATED: October 29, 2018

Hon. Cynthia Bashant
United States District Judge

– 1 –

18cr4129